# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Randy S Green,<br><br>    Plaintiff,<br><br>v.<br><br>United States of America,<br><br>    Defendant. | No. CV-17-00433-PHX-ROS<br><br>**ORDER** |

Pursuant to the United States' Unopposed Motion for a Twenty-five (25) Day Extension of Time to Respond to the Complaint and good cause appearing,

**IT IS ORDERED** the motion (Doc. 9) is **GRANTED**. The United States shall have through and including May 18, 2017, to respond to the Complaint.

Dated this 18th day of April, 2017.

Honorable Roslyn O. Silver
Senior United States District Judge