# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Randy S Green, | No. CV-17-00433-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

**IT IS ORDERED** Defendant United States' unopposed motion (Doc. 21) is **GRANTED in part**. The Rule 16 Scheduling Conference, presently set for August 17, 2017 at 2:30 PM is **VACATED** and **RESET** for **September 6, 2017 at 10:00 AM** in Courtroom 604, 401 West Washington Street, Phoenix, AZ 85003 before Senior Judge Roslyn O. Silver. Counsel for the United States, Mr. Charles Duffy, may appear by telephone at the Rule 16 Scheduling Conference on September 6, 2017 at 10:00 AM. Since Counsel for Plaintiff, John Dillingham, did not indicate his reasons for requesting a telephonic appearance, Mr. Dillingham's request to appear telephonically is **DENIED** without prejudice. If Mr. Dillingham wishes to appear telephonically, Mr. Dillingham shall make a motion no later than August 31, 2017, which states the reason for his request, whether he will be lead counsel at this conference, and whether any party in this matter opposes.

**IT IS FURTHER ORDERED** each individual permitted to appear telephonically must use a landline phone; cell phone and speaker phone appearances are not permitted.

1  All individuals who received permission to appear telephonically must join a conference
2  call on one line prior to calling the Court at the scheduled time.  The Court's telephone
3  number is (602) 322-7520.

4  **IT IS FURTHER ORDERED** the stipulation (Doc. 16) is **DENIED as moot**.

5  Dated this 26th day of July, 2017.

                                              Honorable Roslyn O. Silver
                                              Senior United States District Judge