# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Randy S Green,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>United States of America,<br><br>　　　　　Defendant. | No. CV-17-00433-PHX-ROS<br><br>**ORDER** |

　　　　On July 27, 2017, the Court granted Mr. Charles Duffy's request to appear telephonically at the Rule 16 Scheduling Conference previously set for September 6, 2017. (Doc. 22.) The Court subsequently vacated and reset the Rule 16 Scheduling Conference for Thursday, September 21, 2017 at 3:30 P.M. in Courtroom 604, 401 West Washington Street, Phoenix, AZ 85003 before Senior Judge Roslyn O. Silver. (Doc. 24.)

　　　　**IT IS ORDERED** Counsel for the United States, Mr. Charles Duffy, may appear by telephone at the Rule 16 Scheduling Conference on September 21, 2017 at 3:30 P.M.

　　　　**IT IS FURTHER ORDERED** each individual permitted to appear telephonically must use a landline phone; cell phone and speaker phone appearances are not permitted. All individuals who received permission to appear telephonically must join a conference call on one line prior to calling the Court at the scheduled time. The Court's telephone number is (602) 332-7520.

　　　　Dated this 15th day of September, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　Honorable Roslyn O. Silver
　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge