*Green v. United States of America*
2:17-cv-00433-ROS-PHX

United States District Court
District of Arizona

**INDEX OF EXHIBITS**
**PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

| **Exhibit** | **Description** |
|---|---|
| A-1 | Final Notice |
| A-2 | Form 843 Q1 |
| A-3 | Form 843 Q4 |