Kirk A. McCarville, Esq. (006398)
Philip C. Wilson, Esq. (029792)
KIRK A. MCCARVILLE, P.C.
2525 E. Arizona Biltmore Circle, Suite B-218
Phoenix, Arizona  85016
Telephone (602) 468-1714
Counsel for Plaintiff

John L. Dillingham, Esq. (006328)
DILLINGHAM LAW PLLC
4835 E. Cactus Road, Suite 260
Scottsdale, Arizona  85254
Telephone:  (602) 468-1811
Counsel for Plaintiff

Charles M. Duffy
U.S. Department of Justice, Tax Division
Ben Franklin Station, P.O. Box 683
Washington, D.C. 20044
Telephone:  (202) 307-6406
Charles.M.Duffy@usdoj.gov

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| Randy S. Green, | ) | |
|---|---|---|
| | ) | Case No. CV-17-00433-PHX-ROS |
| Plaintiff and | ) | |
| Counterclaim Defendant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| United States of America, | ) | **JOINT NOTICE OF SERVICE** |
| | ) | **OF INITIAL DISCLOSURES** |
| Defendant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Joseph G. Guerra, | ) | |
| | ) | |
| Counterclaim Defendant. | ) | |
| _____ | ) | |

KIRK A. McCARVILLE, P.C.
ATTORNEY AT LAW
2525 E. Arizona Biltmore Circle, Suite B-218
Phoenix, Arizona 85016

1

2      The parties hereby gives notice pursuant to LRCiv 5.2 that in accordance with the

3  Court's October 4, 2017 Scheduling Order, the Initial Disclosures required by Fed. R.

4  Civ. P. 26(a)(1) were exchanged on or before October 13, 2017.

5

6      DATED this 17th day of October, 2017.

7                              **KIRK A. MCCARVILLE, P.C.**

8              By:       *s/ Philip C. Wilson*
9                        Philip C. Wilson
10                       Kirk A. McCarville
                         2525 E. Arizona Biltmore Circle, Suite B-218
11                       Phoenix, Arizona  85016
                         Telephone (602) 468-1714
12                       Facsimile (602) 468-2404
13                       Counsel for Plaintiff

14                       And

15
                         *s/ John L. Dillingham*
16                       John L. Dillingham
                         Dillingham Law PLLC
17                       4835 E. Cactus Road, Suite 260
18                       Scottsdale, Arizona  85254
                         Telephone (602) 468-1811
19                       jldillingham@qwestoffice.net
20                       Counsel for Plaintiff

21                       And

22
                         *s/ Charles M. Duffy*
23                       Charles M. Duffy
24                       U.S. Department of Justice, Tax Division
                         Ben Franklin Station, P.O. Box 683
25                       Washington, D.C. 20044
26                       Telephone:  (202) 307-6406
                         Charles.M.Duffy@usdoj.gov

27

28  …

KIRK A. McCARVILLE, P.C.
ATTORNEY AT LAW
2525 E. Arizona Biltmore Circle, Suite B-218
Phoenix, Arizona 85016

I hereby certify that on this 17th day of October, 2017, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing.

*s/ Jason West*_____

COPY of the foregoing mailed this 17th day of October, 2017 to:

The Honorable Roslyn O. Silver
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 624
401 W. Washington Street, SPC 59
Phoenix, Arizona 85003-2158

**KIRK A. McCARVILLE, P.C.**
**ATTORNEY AT LAW**
**2525 E. Arizona Biltmore Circle, Suite B-218**
**Phoenix, Arizona 85016**