Kirk A. McCarville, Esq. (006398)
Philip C. Wilson, Esq. (029792)
KIRK A. MCCARVILLE, P.C.
2525 E. Arizona Biltmore Circle, Suite B-218
Phoenix, Arizona 85016
Telephone (602) 468-1714
Counsel for Plaintiff

John L. Dillingham, Esq. (006328)
DILLINGHAM LAW PLLC
4835 E. Cactus Road, Suite 260
Scottsdale, Arizona 85254
Telephone: (602) 468-1811
Counsel for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Randy S. Green, | Case No. CV-17-00433-PHX-ROS |
|     Plaintiff and Counterclaim Defendant, | |
| vs. | **PLAINTIFF RANDY S. GREEN'S ANSWER TO DEFENDANT'S COUNTERCLAIM** |
| United States of America, | |
|     Defendant, | |
| vs. | |
| Joseph G. Guerra, | |
|     Counterclaim Defendant | |

Plaintiff and Counterclaim Defendant Randy S. Green (hereinafter "Plaintiff"), through undersigned counsel, submits this Answer to Defendant United States of America's ("Defendant") Counterclaim.

1

KIRK A. McCARVILLE, P.C.
ATTORNEY AT LAW
2525 E. Arizona Biltmore Circle, Suite B-218
Phoenix, Arizona 85016

# ANSWER

In response to the specifically numbered paragraphs set forth in Defendant's Counterclaim, Plaintiff admits, denies, and alleges as follows, and generally denies each and every allegation in the Counterclaim not expressly admitted below.

1. The matters alleged in this Paragraph do not require a response. To the extent that a response is required, Plaintiff admits the allegation.

2. The allegations contained in this Paragraph are a characterization of Defendant's action and do not require a response. To the extent that a response is required, Plaintiff admits the allegation.

3. The matters alleged in this Paragraph do not require a response. To the extent that a response is required, Plaintiff admits the allegation.

4. The matters alleged in this Paragraph do not require a response. To the extent that a response is required, Plaintiff admits the allegation.

5. Plaintiff admits that this Court has jurisdiction under 28 U.S.C. §§ 1340 and 1346(c), and 26 U.S.C. § 7402.

6. Plaintiff admits that venue is proper in this judicial district.

7. Plaintiff admits the allegations.

8. Plaintiff admits that he worked in the operations of Consolidated Group Services LLC during the tax quarter ended March 31, 2013, and that he was an authorized signatory on the corporate checking account during that time. Plaintiff denies the remainder of the allegations.

9. Plaintiff denies that he was responsible for collecting, truthfully accounting for, and paying over to the United States the employment taxes withheld from wages paid to employees of Consolidated Group Services LLC during the tax quarter ended March 31, 2013.

10. Plaintiff admits that the Secretary made the assessments of liability set forth in Paragraph 10 of the Counterclaim. Plaintiff denies that he willfully failed to collect,

truthfully account for, and pay over the withheld employment taxes of Consolidated Group Services LLC for the tax quarter ended March 31, 2013.

11. Plaintiff admits the allegations in Paragraph 11 of the Counterclaim to the extent that the amounts stated are due and owing; Plaintiff denies that the amounts listed are owed by him.

12. Plaintiff admits that he has not fully paid the amounts assessed against him; Plaintiff denies that any non-payment was due to neglect or a failure on his part.

13. Plaintiff admits the allegations.

14. Plaintiff denies that Defendant is entitled to a judgment against him for the unpaid balance, plus interest and other additions, of the assessed amounts described in paragraph 10.

15. Plaintiff admits the allegations.

16. Plaintiff admits that he worked in the operations of Consolidated Group Services SA, LLC during the tax quarter ended December 31, 2013, and that he was an authorized signatory on the corporate checking account during that time. Plaintiff denies the remainder of the allegations.

17. Plaintiff denies that he was responsible for collecting, truthfully accounting for, and paying over to the United States the employment taxes withheld from wages paid to employees of Consolidated Group Services SA, LLC during the tax quarter ended December 31, 2013.

18. Plaintiff admits that the Secretary made the assessments of liability set forth in Paragraph 18 of the Counterclaim. Plaintiff denies that he willfully failed to collect, truthfully account for, and pay over the withheld employment taxes of Consolidated Group Services SA, LLC for the tax quarter ended December 31, 2013.

19. Plaintiff admits the allegations in Paragraph 11 of the Counterclaim to the extent that the amounts stated are due and owing; Plaintiff denies that the amounts listed are owed by him.

20. Plaintiff admits that he has not fully paid the amounts assessed against him; Plaintiff denies that his any non-payment was due to neglect or a failure on his part.

21. Plaintiff admits the allegations.

22. Plaintiff denies that Defendant is entitled to a judgment against him for the unpaid balance, plus interest and other additions, of the assessed amounts described in paragraph 18.

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Deny the relief requested in Defendant's Counterclaim;

B. Grant judgment in favor of Plaintiff, and grant the relief requested by Plaintiff, as set forth in the Complaint; and

C. Award Plaintiff such other relief as the Court deems just and proper.

Respectfully submitted this 1st day of November, 2017.

**KIRK A. MCCARVILLE, P.C.**

By: *s/ Philip C. Wilson*
Philip C. Wilson
Kirk A. McCarville
2525 E. Arizona Biltmore Circle, Suite B-218
Phoenix, Arizona 85016
Telephone (602) 468-1714
Facsimile (602) 468-2404
Counsel for Plaintiff

And

*s/ John L. Dillingham*
John L. Dillingham
Dillingham Law PLLC
4835 E. Cactus Road, Suite 260
Scottsdale, Arizona 85254
Telephone (602) 468-1811
jldillingham@qwestoffice.net
Counsel for Plaintiff

…

1  I hereby certify that on this 1st day of November, 2017, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing.

*s/ Jason West*

**KIRK A. McCARVILLE, P.C.**
**ATTORNEY AT LAW**
**2525 E. Arizona Biltmore Circle, Suite B-218**
**Phoenix, Arizona 85016**

5