DAVID A. HUBBERT
Acting Assistant Attorney General

CHARLES M. DUFFY
Trial Attorney, Tax Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 307-6406
Email: Charles.M.Duffy@usdoj.gov
       Western.Taxcivil@usdoj.gov
*Attorneys for the United States of America*

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
*Of Counsel*

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ARIZONA

| | |
|---|---|
| RANDY S. GREEN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | Case No. 2:17-cv-00433-ROS<br><br>**UNITED STATES' MOTION FOR A DEFAULT JUDGMENT AGAINST COUNTERCLAIM DEFENDANT JOSEPH G. GUERRA** |
| UNITED STATES,<br><br>Counterclaimant,<br><br>v.<br><br>RANDY S. GREEN,<br><br>Counterclaim Defendant, | |

1

And

JOSEPH G. GUERRA

    Additional Defendant on Counterclaim

The United States hereby moves the Court to enter a default judgment against Counterclaim Defendant Joseph G. Guerra pursuant to Fed. R. Civ. P. 55(b).   Support for this motion is set forth in the Memorandum in Support, the Declaration of Charles M. Duffy, the Declaration of Candice L. Sisco and the Declaration of Valerie C. Pichette, all of which are filed herewith.

Respectfully submitted this <u>1st</u> day of November, 2017,

    DAVID A. HUBBERT
    Acting Assistant Attorney General

    <u>/s/ Charles M. Duffy</u>
    CHARLES M. DUFFY
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Ben Franklin Station, P.O. Box 683
    Washington, D.C.  20044
    Telephone: (202) 307-6406
    Facsimile: (202) 307-0054
    Email: Charles.M.Duffy@usdoj.gov
          Western.Taxcivil@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on November 1, 2017, I filed and served the foregoing document through the Court's CM/ECF system. I further certify that on the same day, I served a true and complete copy of the foregoing UNITED STATES' MOTION FOR DEFAULT JUDGMENT AGAINST COUNTERCLAIM DEFENDANT JOSEPH G. GUERRA, MEMORANDUM IN SUPPORT, DECLARATION OF CHARLES M. DUFFY, DECLARATOIN OF VALERIE C. PICHETTE and DECLARATION OF CANDICE L. SISCO upon the following at the address set forth below:

Joseph G. Guerra
113 Lanes End Drive
Franklin, Tennessee  37067

/s/ Charles M. Duffy
Charles M. Duffy
United States Department of
Justice Tax Division