Kirk A. McCarville, Esq. (006398)
Philip C. Wilson, Esq. (029792)
KIRK A. MCCARVILLE, P.C.
2525 E. Arizona Biltmore Circle, Suite B-218
Phoenix, Arizona 85016
Telephone (602) 468-1714
Counsel for Plaintiff

John L. Dillingham, Esq. (006328)
DILLINGHAM LAW PLLC
4835 E. Cactus Road, Suite 260
Scottsdale, Arizona 85254
Telephone: (602) 468-1811
Counsel for Plaintiff

Charles M. Duffy
U.S. Department of Justice, Tax Division
Ben Franklin Station, P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 307-6406
Charles.M.Duffy@usdoj.gov

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Randy S. Green, | ) |
|     Plaintiff and<br>    Counterclaim Defendant, | ) Case No. CV-17-00433-PHX-ROS<br>)<br>) |
| vs. | ) |
| United States of America, | ) **JOINT FIRST NOTICE** |
|     Defendant, | ) **OF DISCOVERY**<br>) **AND SETTLEMENT** |
| vs. | ) |
| Joseph G. Guerra, | ) |
|     Counterclaim Defendant. | ) |
| _____ | ) |

1

Following the Rule 16 Scheduling Conference held before the Court on September 21, 2017, the parties exchanged initial disclosures pursuant to FRCP 26(a)(1). Subsequently, Plaintiff Randy Green ("Plaintiff") and Defendant the United States of America ("Defendant") conferred regarding several issues, including a general discussion of each party's basis for their positions regarding Plaintiff's trust fund recovery penalty liability, or lack thereof. Plaintiff and Defendant also discussed the scheduling of various discovery steps, particularly the taking of several depositions.

Counsel for Defendant anticipates sending a letter and producing documents to the Plaintiff explaining the Government's position on or before November 24, 2017.[1] In order to avoid propounding unnecessary and duplicative discovery requests, Plaintiff will serve his discovery requests after having an opportunity to review Defendant's initial production of documents. The United States also anticipates serving discovery requests at that time.

Plaintiff and Defendant agreed to begin taking depositions in January and/or February, 2018. The parties anticipate initially deposing Joseph Guerra (the other individual allegedly liable for the trust fund recovery penalties at issue) and Plaintiff before deposing other individuals who may have knowledge relevant to the resolution of this matter.

As the parties' settlement positions will be better informed by evidence gleaned from deposition testimony, Plaintiff and Defendant agreed to engage in substantive settlement discussions as the depositions are being taken. The undersigned Government attorney does not have settlement authority in this matter but can negotiate and recommend offers of settlement.

…

…

…

---

[1] Pursuant to the Court's directive at the September 21, 2017 Scheduling Conference.

DATED this 16th day of November, 2017.

**KIRK A. MCCARVILLE, P.C.**

By: *s/ Philip C. Wilson*
Philip C. Wilson
Kirk A. McCarville
2525 E. Arizona Biltmore Circle, Suite B-218
Phoenix, Arizona 85016
Telephone (602) 468-1714
Facsimile (602) 468-2404
Counsel for Plaintiff

And

*s/ John L. Dillingham*
John L. Dillingham
Dillingham Law PLLC
4835 E. Cactus Road, Suite 260
Scottsdale, Arizona 85254
Telephone (602) 468-1811
jldillingham@qwestoffice.net
Counsel for Plaintiff

And

*s/ Charles M. Duffy*
Charles M. Duffy
U.S. Department of Justice, Tax Division
Ben Franklin Station, P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 307-6406
Charles.M.Duffy@usdoj.gov

I hereby certify that on this 16th day of November, 2017, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing.

*s/ Jason West*

3

1 COPY of the foregoing mailed
2 this 16th day of November, 2017 to:

3 The Honorable Roslyn O. Silver
United States District Court
4 Sandra Day O'Connor U.S. Courthouse, Suite 624
5 401 W. Washington Street, SPC 59
Phoenix, Arizona 85003-2158
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**KIRK A. McCARVILLE, P.C.**
**ATTORNEY AT LAW**
**2525 E. Arizona Biltmore Circle, Suite B-218**
**Phoenix, Arizona 85016**