DAVID A. HUBBERT
Deputy Assistant Attorney General

CHARLES M. DUFFY
Trial Attorney, Tax Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 307-6406
Email: Charles.M.Duffy@usdoj.gov
          Western.Taxcivil@usdoj.gov
*Attorneys for the United States of America*

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
*Of Counsel*

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ARIZONA

| RANDY S. GREEN, | |
|---|---|
| Plaintiff, | Case No. 2:17-cv-00433-ROS |
| v. | **UNITED STATES' NOTICE OF ISSUANCE OF A SUBPOENA FOR PRODUCTION OF DOCUMENTS TO JPMORGAN CHASE BANK, N.A.** |
| UNITED STATES, | |
| Defendant. | |
| UNITED STATES, | |
| Counterclaimant, | |
| v. | |
| RANDY S. GREEN, | |
| Counterclaim Defendant, | |

1

And

JOSEPH G. GUERRA

    Additional Defendant on Counterclaim

Please take notice that on this date the United States issued the attached subpoena for production of documents to JPMorgan Chase Bank, N.A. in this court case.

Respectfully submitted this 6<u>th</u> day of December, 2017,

    DAVID A. HUBBERT
    Deputy Assistant Attorney General

    /s/ *Charles M. Duffy*
    CHARLES M. DUFFY
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Ben Franklin Station, P.O. Box 683
    Washington, D.C.  20044
    Telephone: (202) 307-6406
    Facsimile: (202) 307-0054
    Email: Charles.M.Duffy@usdoj.gov
        Western.Taxcivil@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on December 6, 2017, I filed and served the foregoing document through the Court's CM/ECF system. I further certify that on the same day, I served a true and complete copy of the foregoing UNITED STATES' NOTICE OF ISSUANCE OF A SUBPOENA FOR PRODUCTION OF DOCUMENTS TO JPMORGAN CHASE BANK, N.A. upon the following at the address set forth below:

Joseph G. Guerra
113 Lanes End Drive
Franklin, Tennessee  37067

/s/ *Charles M. Duffy*
Charles M. Duffy
United States Department of
Justice Tax Division