Kirk A. McCarville (006398)
Philip C. Wilson (029792)
KIRK A. McCARVILLE, P.C.
2525 E. Arizona Biltmore Circle, Suite B-218
Phoenix, Arizona 85016
Telephone: (602) 468-1714
kirk@mccarvillelaw.com
phil@mccarvillelaw.com

John L. Dillingham (006328)
DILLINGHAM LAW, PLLC
4835 E. Cactus Rd., Suite 260
Scottsdale, Arizona 85254
Telephone: (602) 468-1811
jldillingham@qwestoffice.net

Co-counsel for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Randy S. Green,<br><br>    Plaintiff/Counterclaim Defendant;<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>    Defendant/Counterclaim Plaintiff;<br><br>vs.<br><br>Joseph G. Guerra,<br><br>    Plaintiff/Counterclaim Defendant. | Case No. 2:17-CV-00433-PHX-ROS<br><br>**NOTICE OF SERVICE OF PLAINTIFF/COUNTERCLAIM DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSIONS AND INTERROGATORIES TO DEFENDANT/COUNTERCLAIM PLAINTIFF** |

1

Plaintiff, by and through undersigned counsel, hereby gives notice that he served his First Set of Requests for Admissions and Interrogatories to Defendant on this date via U.S. Postal Service.

DATED this 8th day of January, 2018.

**KIRK A. MCCARVILLE, P.C.**

By: *s/ Philip C. Wilson*
    Kirk A. McCarville
    Philip C. Wilson
    2525 E. Arizona Biltmore Circle, Suite B-218
    Phoenix, Arizona  85016
    Telephone (602) 468-1714
    Facsimile (602) 468-2404
    Counsel for Plaintiff/Counterclaim Defendant

**DILLINGHAM LAW PLLC**

*s/ John L. Dillingham*
John L. Dillingham
Dillingham Law PLLC
4835 E. Cactus Road, Suite 260
Scottsdale, Arizona  85254
Telephone (602) 468-1811
jldillingham@qwestoffice.net
Counsel for Plaintiff

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January, 2018, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal to the following CM/ECF registrants:

Charles M. Duffy
Tax Division
U.S. Department of Justice
P.O. Box 683 - Ben Franklin Station
Washington, D.C. 20044-0683
Attorneys for Defendant

*s/ Jason West*