RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

CHARLES M. DUFFY
Trial Attorney, Tax Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 683
Washington, D.C.  20044
Telephone: (202) 307-6406
Email: Charles.M.Duffy@usdoj.gov
          Western.Taxcivil@usdoj.gov
*Attorneys for the United States of America*

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
*Of Counsel*

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ARIZONA

| | |
|---|---|
| RANDY S. GREEN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>    Defendant. | Case No. 2:17-cv-00433-ROS<br><br>**STIPULATION REQUESTING A ONE MONTH EXTENSION OF DISCOVERY UNTIL AND INCLUDING JUNE 29, 2018** |

Plaintiff and Counterclaim Defendant Randy S. Green ("Green") and Defendant, the United States – through undersigned counsel – hereby stipulate and request the Court to extend the discovery deadline in this matter until June 29, 2018.  The reasons for the requested extension are set forth below:

1. The discovery deadline in this case is currently set for June 1, 2018.  See ECF #28, at ¶ G.

2. The requested extension is based mainly on the litigation schedules of counsel. For example, the parties were planning to take the deposition of Counterclaim Defendant Joseph Guerra in Nashville, Tennessee on March 22 and 23, 2018. However, on February 16, 2018, the District Court in another case that the undersigned Government attorney is assigned to (*United States v. Staton*, Civil Number 12-319 (D. Hawaii)) set a hearing for March 23, 2018. Also, one of the undersigned attorneys for Green (John Dillingham) has a three week trial in another matter starting in late April, 2018.

3. The parties have cooperated thus far in discovery and otherwise and also – as directed by the Court at the Scheduling Conference held in this case – the United States sent a letter (and exhibits) to counsel for Green setting forth the Government's assertions in this matter and the facts supporting the assertions.

4. Counsel for Green has agreed to a three week extension for the United States to respond to written discovery that Green propounded to the United States in this matter.

5. The United States intends to propound written discovery to Green and also, the United States intends to take Green's deposition and depositions of other possible witnesses who are located in Arizona in June, 2018.

6. This Stipulation is not meant to unnecessarily delay proceedings in this case and the parties are not currently requesting any extensions other than an extension of the June 1, 2018 discovery deadline.

7. Counterclaim defendant Joseph Guerra has not appeared in this matter and on November 1, 2017 the United States moved for default judgment against him.

STIPULATED AND AGREED TO this <u>26th</u> day of February, 2018,

        RICHARD E. ZUCKERMAN
        Principal Deputy Assistant Attorney General

        <u>/s/ *Charles M. Duffy*</u>
        CHARLES M. DUFFY
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Ben Franklin Station, P.O. Box 683
        Washington, D.C.  20044
        Telephone: (202) 307-6406
        Email: Charles.M.Duffy@usdoj.gov
                Western.Taxcivil@usdoj.gov

        KIRK A. MCCARVILLE, P.C.

By:  <u>/s/ *Philip C. Wilson*</u>
      PHILIP C. WILSON
      KIRK A. McCARVILLE
      2525 E. Arizona Biltmore Circle (Suite B-218)
      Phoenix, Arizona  85016
      Telephone:  (602) 468-1714
      (Counsel for Plaintiff)

      <u>/s/ *John L. Dillingham*</u>
      JOHN L. DILLINGHAM
      Dillingham Law PLLC
      4835 E. Cactus Road, Suite 260
      Scottsdale, Arizona  85254
      Telephone: (602) 468-1811
      Jldillingham@qwestoffice.net
      (Counsel for Plaintiff)

**CERTIFICATE OF SERVICE**

I certify that on February 26, 2018, I filed and served the foregoing STIPULATION REQUESTING A ONE MONTH EXTENSION OF DISCOVERY UNTIL AND INCLUDING JUNE 29, 2018 through the Court's CM/ECF system. I further certify that on the same day, I served a true and complete copy of the document upon Defendant Joseph G. Guerra at the address set forth below:

Joseph G. Guerra
113 Lanes End Drive
Franklin, Tennessee 37067

/s/ Charles M. Duffy
Charles M. Duffy
United States Department of
Justice Tax Division